UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF $1,298,742.13 ON DEPOSIT AT THE BANK OF NEW YORK MELLON, ACCOUNT NUMBER 9076124 | * * * | CASE NO. 19-12786 |

\*   \*   \*

## MOTION TO UNSEAL SEIZURE WARRANT

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully requests that the Court unseal all documents in the above-captioned matter for the reason that the related criminal matter is now public.

**WHEREFORE**, the United States requests that the Court unseal all documents in the above-captioned matter.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Michael B. Redmann*
MICHAEL B. REDMANN (La. 31929)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3065
Email: michael.redmann@usdoj.gov