AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$1,298,742.13 ON DEPOSIT AT THE BANK OF NEW YORK MELLON, ACCOUNT NUMBER 9076124 | ) ) ) ) ) ) | Case No. 19-12786 |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  May 04 2020

CAROL L. MICHEL
CLERK

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____SOUTHERN_____ District of _____NEW YORK_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

$1,298,742.13 ON DEPOSIT AT THE BANK OF NEW YORK MELLON, ACCOUNT NUMBER 9076124 IN THE NAME OF PERFORMANCE LABORATORIES LLC.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   October 10, 2019
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____ON DUTY_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 9/26/19 at 4:15pm   _____/s/ Dana M._____
Judge's signature

City and state: New Orleans, Louisiana   Hon. Dana M. Douglas, U.S. Magistrate Judge
*Printed name and title*

___ Fee ___
___ Process ___
___ Dktd ___
___ CtRmDep ___
___ Doc. No ___

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

# Return

| Case No.: 19-12786 | Date and time warrant executed: 9/27/2019  8:00 AM | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: Kelly Bernardo, FBI

Inventory of the property taken:
Please see attached Collections Information Repository

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/4/2020

_Executing officer's signature_

STEPHEN LUTZ, FBI Special Agent
_Printed name and title_

Generated: Oct 8, 2019 2:43:50 PM

# Collections Information Repository (CIR)
## Fedwire Detail Report

### Voucher Details

| Voucher Number | Voucher Date | Business Date | Voucher Type | Fedwire Count | ALC | Credit Ind | Voucher Amount |
|---|---|---|---|---|---|---|---|
| 570020 | 10/07/2019 | 10/07/2019 | 215 | 1 | 00008104 | Y | $1,298,742.13 |

### Message Summary: 1910070149781

| Type/Sub-Type | Agency Account ID | Cash Flow ID | Cash Flow Name | Fin Trans Status | Fin Trans Type | Settlement Date | Crd Ind | Message Amount | Trace Number |
|---|---|---|---|---|---|---|---|---|---|
| 1000 | 800008104000 | 800008104000 | MARSHALS SERVICE | Settled | Collection | 10/07/2019 | Y | $1,298,742.13 | 20191007B1B7TQ1C000233 |

### Message Details

| Tag Label | Tag Name | Element Name | Element Value |
|---|---|---|---|
| 1100 | MSG-DISPOSITION | FORMAT-VERSION | 30 |
| | | TEST-PRODUCTION-CODE | P |
| | | MSG-STATUS-IND | N |
| 1110 | ACCEPTANCE-TIMESTAMP | ACCEPTANCE-DATE | 1007 |
| | | ACCEPTANCE-TIME | 1147 |
| | | ACCEPTANCE-APPL-ID | FT03 |
| 1120 | OMAD | OUTPUT-CYCLE-DATE | 20191007 |
| | | OUTPUT-DESTINATION-ID | MMQFMP60 |
| | | OUTPUT-SEQUENCE-NUMBER | 000820 |
| | | OUTPUT-DATE | 1007 |
| | | OUTPUT-TIME | 1147 |
| | | OUTPUT-FRB-APPL-ID | FT03 |
| 1510 | TYPE-SUBTYPE | TYPE-CODE | 10 |
| | | SUBTYPE-CODE | 00 |
| 1520 | IMAD | INPUT-CYCLE-DATE | 20191007 |
| | | INPUT-SOURCE | B1B7TQ1C |
| | | INPUT-SEQUENCE-NUMBER | 000233 |
| 2000 | AMOUNT | AMOUNT | 000129874213 |
| 3100 | SENDER-DI | SENDER-DI-NUMBER | 043000261 |
| | | SENDER-SHORT-NAME | MELLON BANK PITT |
| 3320 | SENDER-REFERENCE | SENDER-REFERENCE | FIA1910078000100 |
| 3400 | RECEIVER-DI | RECEIVER-DI-NUMBER | 021030004 |
| | | RECEIVER-SHORT-NAME | TREAS NYC |
| 3600 | BUSINESS-FUNCTION | BUSINESS-FUNCTION-CODE | CTP |
| 3620 | PAYMENT-NOTIFICATION | PAYMENT-NOTIFICATION-IND | 3 |
| | | CONTACT-NAME | 2C2C53FB-C7CB-4D4B-A641-DC1774BE59B6 |
| 3700 | CHARGES | CHARGE-CODE | S |
| | | CURRENCY-CODE1 | USD |
| | | SENDERS-CHARGES1 | 0,00 |
| 3710 | INSTRUCTED-AMOUNT | CURRENCY-CODE | USD |
| | | INSTRUCTED-AMOUNT | 1298742,13 |
| 4200 | BENEFICIARY | BENEFICIARY-ID-CODE | D |
| | | BENEFICIARY-IDENTIFIER | 00008104 |
| | | BENEFICIARY-NAME | US MARSHAL |
| 5000 | ORIGINATOR | ORIGINATOR-ID-CODE | D |
| | | ORIGINATOR-IDENTIFIER | 0009076124 |
| | | ORIGINATOR-NAME | PERFORMANCE LABORATORIES LLC |
| | | ORIGINATOR-ADDRESS-LINE1 | ATTN: DOUG WRIGHT |
| | | ORIGINATOR-ADDRESS-LINE2 | 500 N WALKER AVE STE 150 |
| | | ORIGINATOR-ADDRESS-LINE3 | OKLAHOMA CITY, OK 73102-1657 |
| 6500 | FI-TO-FI-INFO | FI-TO-FI-FREE-TEXT-LINE1 | /ACC/CATS ID 19 FBI 007201 |

### Reported Classification(s)

| Ckey Class Name | Ckey Class Value | Tax Class Code | Credit Ind | Classification Total Amount |
|---|---|---|---|---|
| CG FEDWIRE | 800008104000 | | Y | $1,298,742.13 |

Department of the Treasury
This report contains Personally Identifiable Information
Page 1 of 1
V2